UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FITZGERALD SCOTT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. )<br>) | Civil Action No. 12-1696 (ABJ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. # 6] is **DENIED** as to the motion to dismiss and **GRANTED** as to the motion for summary judgment.  And it is **FURTHER ORDERED** that plaintiff's cross-motion for summary judgment [Dkt. # 10] is **DENIED**.  This is a final appealable order.

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: July 2, 2013